Dennis Evans (CA Bar # 276923)
Dayes Law Firm PC
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
800-503-2000

"Trey" Alberte R. Dayes III
(AZ Bar # 07504, UT# 020805 WY# 8-6979)
Dayes Law Firm PC
3101 N. Central Ave #1500
Phoenix, AZ 85012
800-503-2000

# UNITED STATES DISTRICT COURT
## DISTRICT OF EASTERN CALIFORNIA

| | |
|---|---|
| Neumann Ltd dba Neumann Enterprises Limousine,,<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>          Defendant(s). | Case No.: **2:24-cv-01590-DAD-SCR**<br><br>**NOTICE OF SERVICE**<br><br>JUDGE: Honorable Dale A. Dzord |

Plaintiff hereby gives notice that on December 19, 2024, served by email the following:

1. Plaintiff's Request for Admissions of Facts and Genuineness of Documents to Defendant.

2. Plaintiff's Interrogatories to Defendant.

3. Plaintiff's Request for Production of Documents to Defendant.

RESPECTFULLY SUBMITTED this 19th day of December, 2024.

Respectfully submitted,

/s/ Dennis Evans

1

Dennis Evans
Dayes Law Firm PC
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
800-503-2000

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of December 2024, a copy of the foregoing has been transmitted electronically through the CM-ECF filing system for filing and transmittal to the following parties of record:

DAVID A. HUBBERT
Deputy Assistant Attorney General
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 514-3768 (KM)
(202) 307-0054 (f)
Kenton.McIntosh@usdoj.gov
Western.TaxCivil@usdoj.gov
Counsel for United States of America

By: */s/Dennis Evans*